_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
January 04, 2019

LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 003344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Facsimile: 775.499.5976
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Plaintiffs Leo Drozdoff; Susan Drozdoff;
Russell Fiddyment; Dawn A. Grabowski,
Trustee Of The David A. Cable Living Trust;
Leonard Holmgren 2007 Trust; The LPH 2007 Trust;
Leonard Holmgren; Leonard Holmgren SEP IRA;
Ron Peterson; Lanette Inman; Inman-Peterson Family Trust;
Eric King; Kimberly King; Sarah Metcalf; Brad Metcalf;
Lauren Metcalf Stevens; Tom Metcalf;
Tom Metcalf IRA; Metcalf Builders, Inc.;
Norman L. Metcalf; Norman And Betty Metcalf
Family Trust; Norman Metcalf IRA;
Mountain West IRA FBO Norman Metcalf IRA

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STACI J. BAYLISS,<br>      Debtor.<br> | Case No.: BK-N-16-50461-GWZ<br>Chapter 7 Case |
| LINDA BOWMAN, et. al.,<br>      Plaintiffs,<br>      v.<br>STACI J. BAYLISS, an individual, and<br>MICHAEL BAYLISS, an individual,<br><br>      Defendants. | Adv. Pro. No. 17-05045-gwz<br><br>**JUDGMENT AGAINST DEFENDANT MICHAEL BAYLISS**<br><br>Hearing Date: December 13, 2018<br>Hearing Time: 2:00 p.m. |

This matter came before the Court on the duly noticed <u>Motion for Default Judgment Against Defendant Michael Bayliss</u> (the "Motion"), brought on behalf of Plaintiffs Leo Drozdoff; Susan Drozdoff; Russell Fiddyment; Dawn A. Grabowski, Trustee Of The David A. Cable Living Trust; Leonard Holmgren 2007 Trust; The LPH 2007 Trust; Leonard Holmgren; Leonard Holmgren SEP IRA; Ron Peterson; Lanette Inman; Inman-Peterson Family Trust; Eric King; Kimberly King; Sarah Metcalf; Brad Metcalf; Lauren Metcalf Stevens; Tom Metcalf; Tom Metcalf IRA; Metcalf Builders, Inc.; Norman L. Metcalf; Norman And Betty Metcalf Family Trust; Norman Metcalf IRA; Mountain West IRA FBO Norman Metcalf IRA (collectively, "Plaintiffs"). Cecilia Lee, Esq., LEE HIGH, LTD., appeared on behalf of Plaintiffs. No opposition to the Motion was filed and served or made at the hearing. No other appearances were made at the hearing.

Pursuant to the <u>Findings of Fact and Conclusions of Law in Support of Entry of Default Judgment Against Defendant Michael Bayliss</u>, which are incorporated herein in their entirety as though set forth in full, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs are entitled to nondischargeable judgment against Defendant Michael Bayliss on Plaintiffs' First, Second and Fifth Claims for Relief in the amounts set forth for each respective Plaintiff below:

| Plaintiff | Compensatory Damages | Elder Abuse Damages | Attorney's Fees and Costs | Total |
|---|---|---|---|---|
| Legal Authority | NRS 90.660; <u>Donell v. Kowell</u>, 533 F.3d 762 (9th Cir. 2008) | NRS 41.1395 | NRS 90.660; NRS 41.1395(2) | |
| David A. Cable Living Trust (Dawn Grabowski, Trustee) | $695,394.00 Claim #120 | $1,390,788.00 | $9,017.89 | $2,095,199.89 |
| Leo M. Drozdoff Susan Drozdoff | $157,556.00 Claim #110 | N/A | $2,348.21 | $159,904.21 |
| Russell F. Fiddyment | $221,428.00 Claim #127 | $442,856.00 | $3,300.58 | $667,584.58 |
| Leonard Holmgren 2007 Trust and/or The LPH 2007 Trust and/or Leonard Holmgren | $552,226.00 Claim #102 | N/A | $11,332.32 | $563,558.32 |

| Plaintiff | Compensatory Damages | Elder Abuse Damages | Attorney's Fees and Costs | Total |
|---|---|---|---|---|
| Legal Authority | NRS 90.660; Donell v. Kowell, 533 F.3d 762 (9th Cir. 2008) | NRS 41.1395 | NRS 90.660; NRS 41.1395(2) | |
| Leonard Holmgren SEP IRA | $270,175.00 Claim #103 | N/A | | $270,175.00 |
| Ron Peterson Lanette Inman | $117,562.00 Claim #128 | $235,124.00 | $6,168.40 | $358,854.40 |
| Inman Peterson Family Trust UA Feb 18, 2004 (Ron Peterson, TTE; Lanette Inman TTE) | $323,321.00 Claim #129 | $646,642.00 | | $969,963.00 |
| Eric King Kimberly King | $82,865.00 Claim #107 | N/A | $1,114.99 | $83,979.99 |
| Brad Metcalf | $30,233.00 Claim #115 | N/A | | $30,233.00 |
| Lauren Metcalf Stevens | None | N/A | | $0.00 |
| Norman Metcalf IRA | $196,066.00 Claim #112 | $392,132.00 | $19,527.22 | $607,725.22 |
| Mountain West IRA, Inc. FBO Norman Metcalf IRA | $776,784.00 Claim #113 | $1,553,568.00 | | $2,330,352.00 |
| Norman & Betty Metcalf Family Trust | $23,975.00 Claim #116 | $47,950.00 | | $71,925.00 |
| Sarah Metcalf | $32,296.00 Claim #117 | N/A | | $32,296.00 |
| Tom Metcalf IRA and/or Tom Metcalf | $227,927.00 Claim #114 | N/A | | $227,927.00 |
| **TOTAL AMOUNT OF JUDGMENT** | | | **$52,809.61** | **$8,469,677.61** |

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs are entitled to declaratory judgment on their Sixth Claim for Relief that any discharge entered in favor of Debtor Staci Bayliss does not operate to the benefit of Defendant Michael Bayliss and that all amounts awarded herein are nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A), (a)(4) and (a)(19).

IT IS FINALLY HEREBY ORDERED, ADJUDGED AND DECREED that no just reason exists to delay the entry of Judgment in favor of Plaintiffs and against Defendant Michael Bayliss as a full resolution of all Claims for Relief in the Amended Complaint on their behalf.

Submitted by:

LEE HIGH, LTD.

/s/Cecilia Lee, Esq.
Cecilia Lee, Esq.
Elizabeth High, Esq.

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

    _____    The court has waived the requirement set forth in LR 9021(b)(1).

    __x__    No party appeared at the hearing or filed an objection to the motion.

    _____    As a courtesy, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of a form of this order with the motion pursuant LR 9014(g), and that no party has objected to the form or content of the order.

DATED this 21st day of December, 2018.

                                                                                                                                LEE HIGH, LTD.

                                                                                                                                /s/ Cecilia Lee, Esq.
                                                                                                                                CECILIA LEE, ESQ.
                                                                                                                                ELIZABETH HIGH, ESQ.

LEE HIGH, LTD.
448 RIDGE STREET
RENO, NEVADA 89501
(775) 324-1011